**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-7063**

———————

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

RONALD LEE PENNIX,

                                        Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of Virginia, at Lynchburg.  James C. Turk, Senior District Judge.  (CR-96-763)

———————

Submitted:  September 27, 2005          Decided:  October 4, 2005

———————

Before LUTTIG, MOTZ, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Ronald Lee Pennix, Appellant Pro Se.  Anthony Paul Giorno, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, Michael Robert Doucette, Kimberley Slayton White, COMMONWEALTH ATTORNEY'S OFFICE, Lynchburg, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ronald Lee Pennix appeals the district court's order dismissing his motion to return seized property. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Pennix, No. CR-96-763 (W.D. Va. June 24, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 2 -